# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

NATHALIE GUZMAN GONZALEZ,

    Petitioner,

v.     No. 2:26-cv-0085 SMD/KK

KRISTI NOEM, Secretary of Department of Homeland Security;
MARY DE ANDA-YBARRA, Field Office Director, El Paso Field Office; and
WARDEN, Otero County Processing Center,

    Respondents.

## ORDER TO ANSWER AND PROHIBITING TRANSFER OUT OF DISTRICT

Before the Court is the *pro se* Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (Doc. 1) (Petition), filed on January 16, 2026, by Yaremi Gonzalez Reinoso on behalf of detainee/Petitioner Nathalie Guzman Gonzalez.  Ms. Reinoso states she is Ms. Gonzalez' mother and has signed the Petition as Ms. Gonzalez' "Next Friend."  (Doc. 1) at 2.  Petitioner is a citizen of Cuba and is in Immigration and Customs Enforcement (ICE) custody at the Otero County Processing Center in New Mexico.  In November 2022, she was released under supervision pursuant to an Order of Release on Recognizance (Form I-220A).  (Doc. 1) at 4, 18-29 (Exhibits B and C).  On November 24, 2025, she was re-detained after voluntarily appearing at a scheduled immigration appointment.  (Doc. 1) at 4.  On December 18, 2025, an immigration judge denied Petitioner bond on the basis the immigration court lacked jurisdiction or, alternatively, due to flight risk and speculative immigration relief.  (Doc. 1) at 5, 44-45 (Exhibit F).  Petitioner challenges her continued detention on the grounds that she was improperly re-detained and denied bond.  She

seeks immediate release and an order prohibiting her transfer out of the District of New Mexico while this action is pending. (Doc. 1) at 7-8.

The Court will order Respondents to answer the Petition (Doc. 1). In *pro se* habeas cases, the practice of this Court is to provide a copy of the Petition to the United States Attorney's Office (USAO) when an answer is required. The Clerk will email a copy of the Petition (Doc. 1) and this Order to Respondents at USANM.Civil.Immigration@usdoj.gov. Respondents must answer the *pro se* Petition within seven (7) days of entry of this Order and show cause why the requested relief should not be granted. *See* Habeas Rules 1(b), 4 (courts have discretion to set a time for respondents to answer a habeas petition). Petitioner may file an optional reply within seven (7) days after the answer brief is filed. The Court will also enjoin Respondents from transferring Petitioner out of the District of New Mexico while these proceedings are pending, or until further order of this Court.

**IT IS THEREFORE ORDERED** that the Clerk's Office shall forward a copy of the Petition (**Doc. 1**) and this Order to the United States Attorney's Office at: **USANM.Civil.Immigration@usdoj.gov**.

**IT IS FURTHER ORDERED** that Respondents must answer the Petition within seven (7) days of entry of this Order and show cause why the requested relief should not be granted. If Petitioner wishes to file an optional reply, she must do so within seven (7) days after Respondents' response is filed.

**IT IS FURTHER ORDERED** that the Clerk's Office shall mail a copy of this Order to Ms. Reinoso at the address provided in the Petition: 865 Colonial Dr., Tampa FL, 33613. (Doc. 1 at 75)

**IT IS FINALLY ORDERED** that Government is enjoined from transferring Ms. Gonazlez from the District of New Mexico while these proceedings remain pending, absent express written authorization from this Court.

_____
SARAH M. DAVENPORT
UNITED STATES DISTRICT JUDGE