IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

NATHALIE GUZMAN GONZALEZ, *by and through her next friend*, YAREMI GONZÁLEZ REINOSO,

    Petitioner,

v.                                                                                           Civ. No. 26-85 SMD/KK

KRISTI NOEM, *Secretary, United States Department of Homeland Security*, MARY DE ANDA-YBARRA, *Field Office Director for Enforcement and Removal Operations, El Paso Field Office, United States Immigration and Customs Enforcement, and* DORA CASTRO, *Warden of Otero County Processing Center*,

    Respondents.

## ORDER SETTING EVIDENTIARY HEARING

THIS MATTER is before the Court on Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) ("Petition"), filed January 16, 2026. On January 20, 2026, United States District Judge Sarah M. Davenport referred this case to me "to conduct hearings, if warranted, including evidentiary hearings, and to perform any legal analysis required to recommend to the Court an ultimate disposition of the case," as authorized by 28 U.S.C. § 636(b)(1)(B), (b)(3), and *Virginia Beach Federal Savings & Loan Ass'n v. Wood*, 901 F.2d 849 (10th Cir. 1990). (Doc. 4.)

IT IS THEREFORE ORDERED as follows:

1. Pursuant to the Court's Standing Order *In the Matter of: Service of Process in Immigration Habeas Petitions filed Pursuant to §§ 2241 Et Seq.*, 26-MC-00004-03, the Clerk of the Court shall electronically serve a copy of the Petition (Doc. 1) and this Order on Respondent the Warden of the Otero County Processing Center through the CM/ECF filing system.

2. The Court will hold an evidentiary hearing on the Petition on **Friday, January 30, 2026, at 2:30 p.m.** at the Pete V. Domenici United States Courthouse, 440 Hondo Courtroom, Fourth Floor, 333 Lomas Boulevard, Northwest, Albuquerque, New Mexico.

3. **Counsel for the Federal Respondents shall coordinate with the Respondent Warden and shall make all necessary arrangements for Petitioner Nathalie Guzman Gonzalez to appear at the in-person hearing.**[1] Counsel shall also make all necessary arrangements for certified Spanish language interpreter services throughout the hearing.

4. At the hearing, Respondents shall be expected to address the status of Petitioner Guzman Gonzalez's immigration proceedings, including from the time of her detention through the present, and to fully and accurately answer the Court's questions regarding these immigration proceedings, the Petition, and the Federal Respondents' Response (Doc. 6).

5. Respondents shall also be required to produce any supporting documentation that may be needed to establish whether Petitioner Guzman Gonzalez's detention is lawful. Finally, Respondents shall be prepared to address Petitioner Guzman Gonzalez's claims regarding her health condition(s) and whether she is receiving constitutionally adequate medical care.

IT IS SO ORDERED.

                                                                              *(signature)*
                                                            KIRTAN KHALSA
                                                            UNITED STATES MAGISTRATE JUDGE

---

[1] The Court will entertain a timely Motion, filed no later than January 30, 2026, at 10:00 a.m. MT, to allow Petitioner Guzman Gonzalez or any witness to appear remotely via Zoom.