**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

NATHALIE GUZMAN GONZALEZ, *by and*
*through her next friend*, YAREMI GONZÁLEZ
REINOSO,

      Petitioner,

v.                                                                                    Civ. No. 26-85 SMD/KK

MARKWAYNE MULLIN, *Secretary, United*
*States Department of Homeland Security*, MARY
DE ANDA-YBARRA, *Field Office Director for*
*Enforcement and Removal Operations, El Paso*
*Field Office, United States Immigration and*
*Customs Enforcement, and* DORA CASTRO,
*Warden of Otero County Processing Center*,

      Respondents.

**ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS**
**AND RECOMMENDED DISPOSITION**

**THIS MATTER** is before the Court on United States Magistrate Judge Kirtan Khalsa's

Proposed Findings and Recommended Disposition (Doc. 27), filed March 9, 2026. The parties

have not filed any objections. The Tenth Circuit has held "that a party's objections to the magistrate

judge's report and recommendation must be both timely and specific to preserve an issue for de

novo review by the district court or for appellate review." *U.S. v. One Parcel of Real Property*, 73

F.3d 1057, 1060 (10th Cir. 1996). The failure to make timely objections to the Magistrate Judge's

Proposed Findings and Recommended Disposition waives appellate review of both factual and

legal questions. *Id.* at 1059.

**IT IS THEREFORE ORDERED** that the Court **ADOPTS** the Magistrate Judge's

Proposed Findings and Recommended Disposition (Doc. 27).

**IT IS FURTHER ORDERED** that: (1) Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **GRANTED**; (2) it is hereby **DECLARED** that Respondents' November 2025 re-detention of Petitioner was unlawful and in violation of Petitioner's rights under the Due Process Clause of the Fifth Amendment to the United States Constitution; and, (3) Respondents are hereby **ORDERED** to release Petitioner and refrain from re-detaining her pending final resolution of removal proceedings against her, unless they provide her with a pre-deprivation hearing before a neutral Immigration Judge pursuant to 8 U.S.C. § 1226(a), at which they must prove by clear and convincing evidence that she is a danger or flight risk.

**SARAH M. DAVENPORT**
**UNITED STATES DISTRICT JUDGE**

2